UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEVI TSITSOUACHVILI,**<br><br>Petitioner,<br><br>v.<br><br>**LUIS SOTO, et al.,**<br><br>Respondents. | Civil Action No. 25-16875 (KSH)<br><br>**ORDER** |

This matter has come before the Court upon Petitioner's habeas petition (ECF No. 1) and letter request for a temporary stay of his removal from the United States. (ECF No. 5.) This action involves an allegedly stateless, former citizen of Georgia who, on October 20, 2025, was arrested by ERO/ICE agents while attending his normally scheduled ICE "check-in" and subsequently detained at Delaney Hall in Newark, New Jersey. Petitioner has allegedly been informed that he will be removed from the United States on Sunday, November 16, 2025. (*Id.* at 1.)

The All Writs Act, 28 U.S.C. § 1651(a) empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." The Court, having reviewed counsel's letter, finds that an order is necessary under the All Writs Act to maintain the status quo until it determines whether it has jurisdiction over this matter, *see United States v. United Mine Workers of Am.*, 330 U.S. 258, 290 (1947). Accordingly, the Court hereby temporarily **STAYS and ENJOINS RESPONDENTS FROM REMOVING** Petitioner from the United States pending the Court's determination as to jurisdiction. The Court will issue an updated briefing schedule on jurisdiction by separate order.

**IT IS** on this 14th day of November 2025,

**ORDERED that pursuant to the Court's authority under the All Writs Act and to permit the Court to assess its jurisdiction over the matter, Respondents are TEMPORARILY ENJOINED FROM REMOVING Petitioner DEVI TSITSOUACHVILI from the United States; <u>Petitioner's removal shall NOT proceed until further Order of this Court;</u>** and it is further

**ORDERED** that the Court will issue an updated briefing schedule by separate order on the issue of jurisdiction.

*s/Katharine S. Hayden*  
Katharine S. Hayden, U.S.D.J.