UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEVI TSITSOUACHVILI,<br><br>    Petitioner,<br><br>    v.<br><br>LUIS SOTO, et al.,<br><br>    Respondents. | Civil Action No. 25-16875 (KSH)<br><br>ORDER |

    Currently pending before the Court is Petitioner's habeas petition brought pursuant to 28 U.S.C. § 2241. On November 14, 2025, prior to Respondents' submission of their answer, Petitioner's counsel sought an emergency stay of Petitioner's removal and asserted that his removal from the United States was imminent despite the fact that he is "a stateless former citizen of Georgia." (*See* ECF No. 5 at 1.) Petitioner's counsel did not disclose the country to which DHS planned to remove Petitioner. (*See id.*) The same day, the Court entered an Order under the All Writs Act, 28 U.S.C. § 1651(a), temporarily enjoining Respondents from removing Petitioner from the United States until the Court determined whether it has jurisdiction over this matter. (ECF No. 7.)

    On November 18, Respondents filed their answer, asking the Court to dissolve the temporary restraint on removing Petitioner and dismiss the petition. (ECF No. 8.) In support, they allege in relevant part that "DHS was prepared to remove [Petitioner] to Georgia, and [he] affirmatively sought to block such removal." (*Id.* at 4.) Respondents, however, provide no evidentiary support for these claims. (*See id.*)

At this time, the Court directs Respondents to supplement their answer with evidence supporting their claims that DHS planned to remove Petitioner to Georgia, that Georgia intended to accept Petitioner, and that he sought to block his removal. The Court also provides Petitioner with an opportunity to respond.

**IT IS** on this 19th day of November 2025,

**ORDERED** that by Wednesday, November 26, 2025, Respondents shall file the travel documents and any other evidence supporting their claim DHS planned to remove Petitioner to Georgia, that Georgia planned to accept Petitioner, and that Petitioner sought to block his removal; that evidence shall be accompanied by an appropriate affidavit from a person with personal knowledge of the matter; it is further

**ORDERED** that by Wednesday, December 3, 2025, Petitioner shall file his response, addressing whether this Court has jurisdiction to stay Petitioner's removal until this habeas matter concludes; to the extent Petitioner argues that he is stateless, he must provide evidence to support that contention; and it is further

**ORDERED** that the Court's November 14 Order TEMPORARILY ENJOINING RESPONDENTS FROM REMOVING PETITIONER DEVI TSITSOUACHVILI FROM THE UNITED STATES REMAINS IN EFFECT; <u>Petitioner's removal shall NOT proceed until further Order of this Court</u>.

<u>s/Katharine S. Hayden</u>
Katharine S. Hayden, U.S.D.J.

2